IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JMP COMPANY INC.,

    Plaintiff,

v.                                                                  No. 1:20-cv-01101-KG-SCY

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiff, Harvey Enterprises LLC, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

                                                                         _/s/ Kenneth J. Gonzales_____
                                                                       UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

McClenny, Moseley & Associates, PLLC


*Approved Via Email on 11/29/21*
Derek L. Fadner
Attorneys for Plaintiff
516 Heights Blvd.
Houston, TX 77007

And:

Martinez & Martinez Law Firm
Jonathan L.R. Baeza
Attorneys for Plaintiff
730 E. Yandell Dr.
El Paso, TX 79902


**APPROVED BY:**


Miller Stravert P.A.


*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendant
Post Office Box 25687
Albuquerque, New Mexico  87125


\\Abq-tamarack\ProData\000064-051523\Pleadings\4441178.docx